NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

OLIVER HILSENRATH
322 Eastbrook Court
Danville, CA 94506
Telephone: 925-212-6299

ATTORNEY(S) FOR: IN PRO PER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| HANA HILSENRATH, OLIVER HILSENRATH<br><br>Plaintiff,<br>V.<br>CREDIT SUISSE (CS), et al.<br><br>Defendant. | CASE NUMBER<br>C 07 5374 EDL<br><br>DECLARATION OF SERVICE |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES, STRICT PRODUCT LIABILITY AND FAILURE TO WARN; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : CREDIT SUISSE (CS) CREDIT SUISSE

By serving      : Becky DeGeorge, Authorized Agent

Address         : CSC-Lawyers Incorporating Service
                  2730 Gateway Oaks Drive #100
                  Sacramento, CA 95833

Date of Service : October 29, 2007

Time of Service : 1:21 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: October 29, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Sacramento                      Signature: _____
Number 2006-45                                         DARIN FAIN

224685

Received Time Oct. 29. 2007 5:05PM No. 0561

** TOTAL PAGE.02 **