# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-Filing

HANA HILSENRATH, OLIVER HILSENRATH

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CREDIT SUISSE (CS), UNITED BANK OF SWITZERLAND (UBS) AND DOES 1-10

C 07 5374 EDL

TO: (Name and address of defendant)

CREDIT SUISSE (CS) Credit Suisse, Eleven Madison Avenue, New York, NY 10010-3629, US
Phone +1 212 325 2000, Fax +1 212 325 6665

UNITED BANK OF SWITZERLAND (UBS), 101 Park Avenue, 701 Brickell Avenue Telephone: +1-21916 2000, FAX 2001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE October 22, 2007