NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

OLIVER HILSENRATH
822 Eastbrook Ct
Danville, CA 94506
Telephone: (925) 212-6299

ATTORNEY(S) FOR: IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HANA HILSENRATH, OLIVER HILSENRATH | CASE NUMBER |
|---|---|
| Plaintiff, | C 07 5374 EDL |
| V. | |
| CREDIT SUISSE (CS), et al. | DECLARATION OF SERVICE |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES, STRICT PRODUCT LIABILITY AND FAILURE TO WARN; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : UNITED BANK OF SWITZERLAND (UBS)

By serving       : Herlis A. Lazo, Authorized Agent

Address          : (Business)
                   101 Park Avenue
                   New York, NY 10178

Date of Service  : October 26, 2007

Time of Service  : 4:34 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: October 29, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered
Number 1194970

Signature: _Darren Hinds_ 11Q4Q70
DARREN HINDS

224458

P.O. BOX 858, NY, NY 10268