1  GEORGE M. GARVEY (SBN 089543)
   *george.garvey@mto.com*
2  355 South Grand Avenue, Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
3  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
4
5  YOHANCE C. EDWARDS (SBN 237244)
   *yohance.edwards@mto.com*
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA  94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
9  Attorneys for Defendant
   UNITED BANK OF SWITZERLAND (UBS)
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13
14
15  HANA HILSENRATH, OLIVER              CASE NO.  C 07 5374 EDL
    HILSENRATH,
16                                       STIPULATION FOR EXTENSION OF TIME
                Plaintiffs,              TO FILE RESPONSIVE PLEADING
17
          vs.
18
    CREDIT SUISSE (CS), UNITED BANK
19  OF SWITZERLAND (UBS) AND DOES
    1-10,,
20
                Defendants.
21
22         WHEREAS, the complaint in this matter was served on Defendant United Bank of

23  Switzerland (UBS) on October 29, 2007;

24         WHEREAS, on November 15, 2007, UBS filed an administrative motion to

25  consider whether the instant case should be related to *United States v. Hilsenrath* CR-03-0213

26  WHA, and *Hilsenrath et al v. The Swiss Confederation et al*, C-07-02782 WHA;

27         WHEREAS, the undersigned parties wish to give the court time to consider the

28  administrative motion prior to defendant UBS filing a responsive pleading;

3962350.1                                STIPULATION RE EXTENSION OF TIME
                                                            C 07 5374 EDL

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Oliver and Hana Hilsenrath, and Defendant UBS, hereby agree and stipulate that UBS's time to answer or otherwise respond to the complaint in this action shall be extended until and including December 7, 2007.

DATED: November 16, 2007

Munger, Tolles & Olson LLP
GEORGE M. GARVEY
YOHANCE C. EDWARDS


By: _____/s/ Yohance C. Edwards_____
YOHANCE C. EDWARDS

Attorneys for Defendant
UNITED BANK OF SWITZERLAND (UBS)

DATED: November 16, 2007

OLIVER HILSENRATH


By: _____/s/ Oliver Hilsenrath_____
OLIVER HILSENRATH

Plaintiff
PRO SE

DATED: November 16, 2007

HANA HILSENRATH


By: _____/s/ Hana Hilsenrath_____
HANA HILSENRATH

Plaintiff
PRO SE


I, Yohance C. Edwards am the ECF User whose ID and password are being used to file this Stipulation For Extension of Time to File Responsive Pleading. In compliance with General Order 45, X.B., I hereby attest that Oliver and Hana Hilsenrath have concurred in this filing.

By: _/s/ Yohance C. Edwards_____
Yohance C. Edwards