# EXHIBIT 3

1  GEORGE M. GARVEY (SBN 089543)
   george.garvey@mto.com
2  355 South Grand Avenue, Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
3  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
4
5  YOHANCE C. EDWARDS (SBN 237244)
   yohance.edwards@mto.com
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
9  Attorneys for Defendant
   UBS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE (CS), UNITED BANK OF SWITZERLAND (UBS) AND DOES 1-10,<br><br>Defendants. | CASE NO. C 07 5374 WHA<br><br>DECLARATION OF GIUSEPPE IANNAZZONE IN SUPPORT OF MOTION OF UBS AG TO DISMISS (FED.R.CIV.P. 12(b)(3), 12(b)(6)); DECLARATION OF GIUSEPPE IANNAZZONE<br><br>Date:    January 24, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom of<br>         Honorable William H. Alsup |

IANNAZZONE DEC ISO MOTION TO DISMISS
C 07 5374 WHA

# DECLARATION OF GIUSEPPE IANNAZZONE

I, Giuseppe Iannazzone, declare:

1. I am a client advisor at UBS AG, (the "Bank"). I hold the title of director. I have been employed by the Bank for 13 years. During that time my job responsibilities have required me to become familiar with the Bank's custom and practice in opening and maintaining customer accounts, including the documentation that must be provided by customers when they open accounts with the Bank. All statements made in this Declaration are based on that familiarity. I make this Declaration in support of the Bank's Motion to Dismiss. If called as a witness, I could and would testify competently to these statements in accordance with applicable laws.

2. In 2000, as now, as a regular practice all customers of the Bank were required to execute customer agreements governing their accounts. In 2000, such agreement was contained in a document entitled Opening an account/custody account ( the "Opening an Account Document"). In 2000, employees of the Bank responsible for opening customer accounts had a duty to ensure that an executed Opening an Account Document is obtained from each new customer. The Opening an Account Documents are maintained in the Bank's files as business records of its accounts. In the course of this regularly conducted activity, the Opening an Account Documents are placed in the Bank's files at or about the time they are obtained from the customer and are maintained by the Bank in the ordinary course of its business as records of its accounts.

3. Attached to this Declaration as Exhibit A is a true and correct copy of the executed Opening an Account Document, dated October 29, 2000 between the Bank and Oliver and Hana Hilsenrath. Also included in Exhibit A are copies of the Hilsenraths' passports, obtained and maintained by the Bank as part of its routine practice of verifying the identities of persons signing the Opening an Account Document. These documents were maintained in the Bank's business records concerning the account Mr. and Mrs. Hilsenrath opened with the Bank's office in Basel, Switzerland. On their Opening an Account Document, just above their signatures, the Hilsenraths agreed that the agreement "shall be exclusively governed by and

- 1 -

3916878.3

1 | construed in accordance with Swiss law" and that Basel, Switzerland would be the "exclusive place **of jurisdiction** for any disputes arising out of and in connection with the present Agreement and/or Declaration" (Emphasis in the original.)

4. All the records attached to this Declaration were records of regularly conducted activity made and maintained as a regular practice, in the ordinary course of the Bank's business.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that this Declaration was signed this 20 day of November, 2007, in _Basel_, Switzerland.

_____
Giuseppe Iannazzone

Giuseppe Iannazzone, VD
AGNO-IAG
Desk MEA Basel
+41 61 288 74 39

3916878.3

- 2 -

# Exhibit A




**UBS**

0233 - 00402585 -    63055

Master no.   2'586 [REDACTED]

## Opening of an account/custody account

Verarbeitungscode erf.
PBS Documents NCH
Datum / Ref. / Visum
6.5.01 461 [signature]

At UBS AG (hereinafter UBS) in __Basel__

☐ Name account    ☒ Numbered account    ☒ Joint account

For each accountholder please provide last name, first name(s), date of birth, profession, full address (street, postal code and city) and the type, number, place and date of issue of the identification document shown. Please enclose copies of the identification documents shown!

**Accountholder 1**
Last name/First name(s): Oliver (Olivia) Hilsenrath
Date of birth: [REDACTED]/57    Nationality: Israeli    Profession: Engineer
Address: ~~5157 Blackhawk Drive, Danville CA 94506~~
Identification document: Israeli passport    c/o Neinstr.

**Accountholder 2**
Last name/First name(s): Hana Hilsenrath    vom 1.2.02
Date of birth: [REDACTED]/62    Nationality: Israeli    Profession: Engineer
Address: ~~5151 Blackhawk Drive, Danville CA 94506~~
Identification document: Israeli passport

**Accountholder 3**
Last name/First name(s):
Date of birth:    Nationality:    Profession:
Address:
Identification document:

**Correspondence instructions**

Except in special circumstances, correspondence is

☐ to be sent to the following address:

☒ to be retained for a fee and held available at UBS, which is hereby discharged of any liability for possible consequences. I/we acknowledge that I/we have duly received any and all communications retained in this manner. Unless otherwise specified, the date on the bank document concerned shall be regarded as the date of receipt by the client. Mail not claimed by me/us can be destroyed after a period of three years.

Language of correspondence: ☒ English  ☐ German  ☐ French  ☐ Italian  ☐ Spanish
Mother tongue (optional):
Home phone no.: +1-925-736-2544    Office phone no.: +1-925-785-1560
*Please indicate area code   fax 1-925-736-8261

**General authorization for fiduciary investments** (if not desired, please cross out entire section.)
I/We hereby authorize UBS to use all or part of the funds available at a given time in our UBS account to make investments on a fiduciary base in the name of UBS, but for our account and at our risk. Should UBS not receive or not receive in time (i.e. at least five days before maturity of the investment concerned) other instructions from us, UBS may choose debtor, amount, currency and maturity at its discretion and is subject to any measures ordered by the country of the currency concerned and the country where the funds are invested. This authorization shall remain in force even after my/our death or incapacity to act.

63055 E V1    03.2000 J3    24.07.2000    Page 1/2

EMPFANGEN  26-08-2004  13:00    VON -BF382    +CRYPT+    AN -UBS RECHTSDIENST PFK    SEITE 002

# UBS

Master no. [REDACTED] 2'586

Last name/First name(s) Accountholder 1: **Hilsenrath, Oliver**
Last name/First name(s) Accountholder 2: **Hilsenrath, Hana**
Last name/First name(s) Accountholder 3:

## Conditions for joint and several accounts

If the account has two or more accountholders, the following also apply:

1. Each of the accountholders shall have the sole and unrestricted right to dispose of any of the assets, in particular to pledge them as security, to give any instructions or approvals whatsoever, and to appoint attorneys. Each accountholder shall have the express right to rescind the agreement for a joint and several account for both himself/herself and all the other accountholders. The signature of any one accountholder shall be sufficient to give full discharge to UBS, and the said powers of attorney shall be considered as given in the name of all accountholders.
2. The accountholders shall be jointly and severally liable to UBS as joint and several debtors (as defined by Arts. 143 to 149 of the Swiss Code of Obligations) for all present and future claims which UBS may have against them, even if such claims result from instructions issued or commitments entered into by only one of them.
3. In the event of the death of one of the accountholders, the survivor(s) and any attorney shall be alone entitled, as far as UBS is concerned, to dispose of the assets in the aforementioned manner. At the request of one who has been properly, i.e. legally, identified as a statutory or testamentary heir of the deceased joint accountholder, UBS is entitled to provide information about the custody account/account relationship as required by law and to communicate the name(s) of the surviving joint accountholder(s), and any agent(s) to whom powers of attorney have been granted.
4. The above regulations shall govern the relations between the accountholders and UBS only, irrespective of those existing internally between the accountholders themselves or their successors and irrespective, in particular, of the ownership of the assets.
5. UBS may credit remittances received in the sole favour of one accountholder to the joint account, unless UBS is in possession of instructions to the contrary.

## Account / Custody account / Precious metals

- [ ] Account in CHF
- [x] Account in foreign currency: **US Dollar**
- [ ] Custody account
- [ ] Metal account

Reference currency: **US Dollar**

## Special instructions

## General conditions and place of jurisdiction

UBS may credit remittances received in a currency for which there is no corresponding account to an already existing account or may maintain them in the currency received. UBS is also specifically entitled to open additional accounts in the name(s) of the accountholder(s) in order to credit remittances in foreign currencies.

The following regulations/conditions also apply to this account/custody account relationship:
General conditions, the BASIC CONDITIONS for the use of electronic aids, the SPECIAL TERMS AND CONDITIONS for the use of the UBS customer card with PIN code and the Regulations governing safe custody and metal accounts.

I/We have received and taken note of a copy of these conditions/regulations and agree to be bound by them.

I/We hereby agree to inform UBS immediately of any change in address. If UBS does not have my/our current address, I/we will pay all the currently valid charges and fees. If the consent of the spouse is required by law for an account to be opened, UBS is entitled to assume that this consent has been given.

UBS is not obliged to execute instructions or orders received by e-mail or any other form of electronic communication unless there is a special written agreement.

The present Agreement and/or Declaration shall be exclusively governed by and construed in accordance with Swiss law. The place of performance of all obligations of both parties, the place of debt collection, the latter only for Customers domiciled outside Switzerland, as well as the exclusive place of jurisdiction for any disputes arising out of and in connection with the present Agreement and/or Declaration shall be **Basel**.

UBS reserves the right, however, to take legal action against the Undersigned before the authority of his/her/its domicile or before any other competent authority, in which event exclusively Swiss law shall remain applicable.

I/We instruct UBS to open an account/custody account as specified above

Place/date: **California / 10-29-00**

Signature accountholder 1: [signature]
Signature accountholder 2: **Hilsenrath Hana**
Signature accountholder 3:

### For internal bank use only

Account opening: [ ] by correspondence  [ ] in person
Customer identification carried out as per regulations
OU-Ref.:
OU-Ref.:
Customer Adviser's signature: Beat Müller
Supervisor's signature: [illegible] / URS HARAG
(as per Directives PF/1/005 and PB/DG/0[...])

R. VON ARX

63055 E V1    03.2000 B

Page 2/2



REDACTED



28.01.91

3/3

## Extensions הארכות

The validity of this passport is extended    תוקף הדרכון הזה

Until 23 January 2001   עד 97
Place SAN FRANCISCO   מקום
Date 14.09.1998   תאריך
Signature   חתימה
ERAN ETZION
VICE CONSUL

The validity of this passport is extended    תוקף הדרכון הזה
Until _____   עד
Place _____   מקום
Date _____   תאריך
Signature _____   חתימה

### Extensions הארכות

The validity of this passport is extended    תוקף הדרכון הזה
Until _____   עד
Place _____   מקום
Date _____   תאריך
Signature _____   חתימה

The validity of this passport is extended    תוקף הדרכון הזה
Until _____   עד
Place _____   מקום
Date _____   תאריך
Signature _____   חתימה

KTO-INHABER 2

75006 V0     28.01.91     2/3



REDACTED 2'586

*50000204092*
0233 - 00402586    75006

Hulsenrath Hana

75006 VO    28.01.91    1/3

REDACTED   2586

Name in full or former name _____

Maiden name _____

Passport valid for   All countries

Signature of bearer

On receipt of passport sign here

amended

PASSPORT   STATE OF ISRAEL

P / T   ISR   9907891

HILSENRATH
ASHER OLIVIU (OLIVIU)
ISRAELI
REDACTED /1957   0-1423644-2
M / T   ROMANIA
26/06/2003   25/06/2013
TEL-AVIV NORTH

P<ISRHILSENRATH<<ASHER<OLIVIU<OLIVIU<<<<<<<<
9907891<<9ISR5704277M13062590<1423644<2<<<28

02 Feb. 2004
TRUE COPY
OF ORIGINAL

ORI DEMUTH
UBS AG
71 SHAUL HAMELECH ST
TEL-AVIV 64367

DDM Nordschweiz
Dokument kontrolliert:
05.03.2004 PSC
Dokument verarbeitet:

75006   Vф   26.06.2003