1  GEORGE M. GARVEY (SBN 089543)
   *george.garvey@mto.com*
2  355 South Grand Avenue, Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
3  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
4

   YOHANCE C. EDWARDS (SBN 237244)
5  *yohance.edwards@mto.com*
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8

9  Attorneys for Defendant
   UBS AG
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
   HANA HILSENRATH, OLIVER          | CASE NO. C 07 5374 WHA
15 HILSENRATH,
                                    | DECLARATION OF GIUSEPPE
16              Plaintiffs,         | IANNAZZONE IN SUPPORT OF MOTION OF
                                    | UBS AG TO DISMISS (FED.R.CIV.P. 12(b)(3),
17        vs.                       | 12(b)(6)); DECLARATION OF GIUSEPPE
                                    | IANNAZZONE
18 CREDIT SUISSE (CS), UNITED BANK
   OF SWITZERLAND (UBS) AND DOES    | Date:     January 24, 2008
19 1-10,                            | Time:     8:00 a.m.
                                    | Place:    Courtroom of
20              Defendants.         |           Honorable William H. Alsup

21

22

23

24

25

26

27

28

## DECLARATION OF GIUSEPPE IANNAZZONE

I, Giuseppe Iannazzone, declare:

1. I am a client advisor at UBS AG, (the "Bank"). I hold the title of director. I have been employed by the Bank for 13 years. During that time my job responsibilities have required me to become familiar with the Bank's custom and practice in opening and maintaining customer accounts, including the documentation that must be provided by customers when they open accounts with the Bank. All statements made in this Declaration are based on that familiarity. I make this Declaration in support of the Bank's Motion to Dismiss. If called as a witness, I could and would testify competently to these statements in accordance with applicable laws.

2. In 2000, as now, as a regular practice all customers of the Bank were required to execute customer agreements governing their accounts. In 2000, such agreement was contained in a document entitled Opening an account/custody account ( the "Opening an Account Document"). In 2000, employees of the Bank responsible for opening customer accounts had a duty to ensure that an executed Opening an Account Document is obtained from each new customer. The Opening an Account Documents are maintained in the Bank's files as business records of its accounts. In the course of this regularly conducted activity, the Opening an Account Documents are placed in the Bank's files at or about the time they are obtained from the customer and are maintained by the Bank in the ordinary course of its business as records of its accounts.

3. Attached to this Declaration as Exhibit A is a true and correct copy of the executed Opening an Account Document, dated October 29, 2000 between the Bank and Oliver and Hana Hilsenrath. Also included in Exhibit A are copies of the Hilsenraths' passports, obtained and maintained by the Bank as part of its routine practice of verifying the identities of persons signing the Opening an Account Document. These documents were maintained in the Bank's business records concerning the account Mr. and Mrs. Hilsenrath opened with the Bank's office in Basel, Switzerland. On their Opening an Account Document, just above their signatures, the Hilsenraths agreed that the agreement "shall be exclusively governed by and

- 1 -

3916878.3

construed in accordance with Swiss law" and that Basel, Switzerland would be the "exclusive place **of jurisdiction** for any disputes arising out of and in connection with the present Agreement and/or Declaration" (Emphasis in the original.)

4. All the records attached to this Declaration were records of regularly conducted activity made and maintained as a regular practice, in the ordinary course of the Bank's business.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that this Declaration was signed this 20 day of November, 2007, in _Basel_, Switzerland.

_____
Giuseppe Iannazzone

Giuseppe Iannazzone, VD
AGNO-IAG
Desk MEA Basel
+41 61 288 74 39

3916878.3

- 2 -