# Exhibit A

 **UBS**

|||||||||||||||||
*50000204080*
0233 - 00402688 ·                    83055

Master no.    REDACTED    2'586

## Opening of an account/custody account

Verarbeitungscode erf.
PBS Documents NCH
Datum / Ref. / V|sum
6.5.01 W6.) ...

At UBS AG (hereinafter UBS) in    *Basel*

☐ Name account    ☒ Numbered account    ☒ Joint account

For each accountholder please provide last name, first name(s), date of birth, profession, full address (street, postal code and city) and the type, number, place and date of issue of the identification document shown. **Please enclose copies of the identification documents shown!**

---

**Accountholder 1**
Last name/first name(s)    *Oliver (Olivia) Hilsenrath*
Date of birth    REDACTED    /57    Nationality *Israeli*    Profession *Engineer*
Address    *5157 Blackhawk Drive, Danville CA 94506*

Identification document    *Israeli passport*    *Siehe Weinstr.*

---

**Accountholder 2**
Last name/first name(s)    *Hana Hilsenrath*    *vom 1.2.02*
Date of birth    REDACTED /62    Nationality *Israeli*    Profession *Engineer*
Address    *5157 Blackhawk Drive, Danville CA 94506*

Identification document    *Israeli passport*

---

**Accountholder 3**
Last name/first name(s)
Date of birth    Nationality    Profession
Address

Identification document

---

**Correspondence instructions**

Except in special circumstances, correspondence is

☐ to be sent to the following address:

☒ to be retained for a fee and held available at UBS, which is hereby discharged of any liability for possible consequences. I/we acknowledge that I/we have duly received any and all communications retained in this manner. Unless otherwise specified, the date on the bank document concerned shall be regarded as the date of receipt by the client. Mail not claimed by me/us can be destroyed after a period of three years.

**Language of correspondence**    ☒ English    ☐ German    ☐ French    ☐ Italian    ☐ Spanish
Mother tongue (optional)
Home phone no.*    *+1 - 925 - 736 - 2544*    Office phone no.*    *+1 - 925 - 785 - 1560*
* Please indicate area code    *for    1 - 925 - 736 8261*

**General authorization for fiduciary investments**  (If not desired, please cross out entire section.)
I/We hereby authorize UBS to use all or part of the funds available at a given time in our UBS account to make investments on a fiduciary basis in the name of UBS, but for our account and at our risk. Should UBS not receive or not receive in time (i.e. at least five days before maturity of the investment concerned) other instructions from us, UBS may choose debtor, amount, currency and maturity at its discretion and is subject to any measures ordered by the country of the currency concerned and the country where the funds are invested. This authorization shall remain in force even after my/our death or incapacity to act.

G3055 E V1    03.2000 J3                    24.07.2000                    Page 1/2

---

EMPFANGEN  26-08-2004  13:00    VON -BF382    +CRYPT+    AN -UBS RECHTSDIENST PFK    SEITE 002

 **UBS**

Master no. ~~REDACTED~~ 12'586

Last name/First name(s) Accountholder 1 *Hilsenrath Oliver*

Last name/First name(s) Accountholder 2 *Hilsenrath Hana*

Last name/First name(s) Accountholder 3

**Conditions for joint and several accounts**

If the account has two or more accountholders, the following also apply:

1. Each of the accountholders shall have the sole and unrestricted right to dispose of any of the assets, in particular to pledge them as security, to give any instructions or approvals whatsoever, and to appoint attorneys. Each accountholder shall have the express right to rescind the agreement for a joint and several account for both himself/herself and all the other accountholders. The signature of any one accountholder shall be sufficient to give full discharge to UBS, and the said powers of attorney shall be considered as given in the name of all accountholders.

2. The accountholders shall be jointly and severally liable to UBS as joint and several debtors (as defined by Arts. 143 to 149 of the Swiss Code of Obligations) for all present and future claims which UBS may have against them, even if such claims result from instructions issued or commitments entered into by only one of them.

3. In the event of the death of one of the accountholders, the survivor(s) and any attorney shall be alone entitled, as far as UBS is concerned, to dispose of the assets in the aforementioned manner. At the request of one who has been properly, i.e. legally, identified as a statutory or testamentary heir of the deceased joint accountholder, UBS is entitled to provide information about the custody account/account relationship as required by law and to communicate the name(s) of the surviving joint accountholder(s), and any agent(s) to whom powers of attorney have been granted.

4. The above regulations shall govern the relations between the accountholders and UBS only, irrespective of those existing internally between the accountholders themselves or their successors and irrespective, in particular, of the ownership of the assets.

5. UBS may credit remittances received in the sole favour of one accountholder to the joint account, unless UBS is in possession of instructions to the contrary.

**Account / Custody account / Precious metals**

☐ Account in CHF

☒ Account in foreign currency   *US Dollar*

☐ Custody account

☐ Metal account

Reference currency   *US Dollar*

**Special instructions**

**General conditions and place of jurisdiction**

UBS may credit remittances received in a currency for which there is no corresponding account to an already existing account or may maintain them in the currency received. UBS is also specifically entitled to open additional accounts in the name(s) of the accountholder(s) in order to credit remittances in foreign currencies.

The following regulations/conditions also apply to this account/custody account relationship:
General conditions, the BASIC CONDITIONS for the use of electronic aids, the SPECIAL TERMS AND CONDITIONS for the use of the UBS customer card with PIN code and the Regulations governing safe custody and metal accounts.

I/We have received and taken note of a copy of these conditions/regulations and agree to be bound by them.

I/We hereby agree to inform UBS immediately of any change in address. If UBS does not have my/our current address, I/we will pay all the currently valid charges and fees. If the consent of the spouse is required by law for an account to be opened, UBS is entitled to assume that this consent has been given.

UBS is not obliged to execute instructions or orders received by e-mail or any other form of electronic communication unless there is a special written agreement.

The present Agreement and/or Declaration shall be exclusively governed by and construed in accordance with Swiss law. The place of performance of all obligations of both parties, the place of debt collection, the latter only for Customers domiciled outside Switzerland, as well as the exclusive place of jurisdiction for any disputes arising out of and in connection with the present Agreement and/or Declaration shall be Basel

UBS reserves the right, however, to take legal action against the Undersigned before the authority of his/her/its domicile or before any other competent authority, in which event exclusively Swiss law shall remain applicable.

I/We instruct UBS to open an account/custody account as specified above.

Place/date  *California / 10-29-00*

Signature accountholder 1

*Hilsenrath Hana*
Signature accountholder 2

Signature accountholder 3

**For internal bank use only**

| | |
|---|---|
| Account opening: ☐ by correspondence ☐ in person | R. VON APX |
| Customer identification carried out as per regulations | |
| OU-Ref.: Customer Adviser's signature Müller | |
| OU-Ref.: Supervisor's signature | |
| (as per Directives PF/1/008 and PB/DG/008) CD/ARG/URUBS/ARAG 06.07.2000 | |
| | 061 288 78 47 |

63055 E V1    03.2000 /B

Page 2/2

REDACTED 12586



28.01.91

3/3

Extensions  הארכות

The validity of this passport is extended   תוקף הדרכון דואךך

עד   Until   33 January 2001   97
מקום   Place   SAN-FRANCISCO
תאריך   Date   14.03.1998
חתימה   Signature   ERAN ETZION
VICE CONSULE

The validity of this passport is extended   תוקף הדרכון דואךך

עד   Until
מקום   Place
תאריך   Date
חתימה   Signature

Extensions  הארכות

The validity of this passport is extended   תוקף הדרכון דואךך

עד   Until
מקום   Place
תאריך   Date
חתימה   Signature

The validity of this passport is extended   תוקף הדרכון דואךך

עד   Until
מקום   Place
תאריך   Date
חתימה   Signature

KTO-NUMMER 2

75006 Vo          28.01.91          2/3

REDACTED 2'586

*80000204092*

0233 - 00402586          75006



HELSENRATH

SPOTLITE

Name/Nom HANA

I.D. No. 0-5781757-9          Sex/F F

Place of Birth ISRAEL

Date of Birth REDACTED

Color EILAN GREEN          Height 160

Place of issue AFULA

Date of issue  28.01.1991
Date of Expiry  27.01.1996

םמ סכולם
Helsenrath Hana

SEE PAGE 6

Domicile          ISRAEL

Passport valid for          All countries

Except _____

Children under 17 included in passport

| Name | I.D. No. | Sex | Birth Date | |
|------|----------|-----|-----------|---|
| AMBER | 037039693 | F-J | 05-9.85 | |
| NAMA | 301281028 | F-J | 27-7.87 | |
| LIOR | 201299975 | M-5 | 04-02-90 | |

VTO-INHABER 2

233-402 586

75006 VO          28.01.91          1/3

REDACTED    2586

שים לב , פרט יהתבלה אחך וישא ורשם בטנתם בעט , עו וחבן יד

ירהם פנליתי
אן השפ הקורם

Name in full
or foreign name _____

Maiden name _____     יבנ ומרלם

Passport valid for     **All countries**     כל הארצות     הדרכך הקף ל'

Signature of bearer

On receipt of passport
sign here

_____ • ראה עמד • amended _____

PASSPORT     דרכון          STATE OF ISRAEL          מדינת ישראל

                                                      הל דרסן / Passport No
                         P     F                      9907891
                         ISR   Country of Birth       הילסנרט
HILSENRATH                                            
Given name                                            אשר אוליביו (אוליביה)
ASHER OLIVIU (OLIVIU)                                 
ISRAELI                                               ישראלית
Date of Birth / תאריך לידה                            0-1423644-2
REDACTED /1957                                        
M / זכר    ROMANIA                                    רומניה
26/06/2003                                            25/06/2013
TEL-AVIV NORTH                                        תל-אביב צפון

P<ISRHILSENRATH<<ASHER<OLIVIU<OLIVIU<<<<<<<<
9907891<<9ISR5704277M13062590<1423644<2<<<28

0 2 Feb. 2004
TRUE COPY
OF ORIGINAL

ORI DEMUTH
UBS AG
21 SHAUL HAMELECH S
TEL-AVIV 64367

DDM Nordschweiz
Dokument kontrolliert:
05.03.2004 PSC
Dokument verarbeitet:

75006    VØ    26.06.2003