GEORGE M. GARVEY (SBN 089543)
*george.garvey@mto.com*
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

YOHANCE C. EDWARDS (SBN 237244)
*yohance.edwards@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE (CS), UNITED BANK OF SWITZERLAND (UBS) AND DOES 1-10,<br><br>Defendants. | CASE NO. C 07 5374 WHA<br><br>[PROPOSED] ORDER GRANTING UBS AG'S MOTION TO DISMISS<br><br>Date: January 24, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom of<br>Honorable William H. Alsup |

4053870.1

[PROPOSED] ORDER
C 07 5374 WHA

1  The Motion to Dismiss of defendant UBS AG came on for hearing on January 24,
2  2008 in Courtroom 9, The Honorable William H. Alsup presiding.  Plaintiffs Oliver Hilsenrath
3  and Hana Hilsenrath appeared in *propria persona*; defendants appeared through their counsel of
4  record.  Having considered the papers filed in support of and in opposition to said motion, the
5  arguments of counsel, and good cause appearing,

6  IT IS HEREBY ORDERED THAT defendant UBS AG's motion to dismiss is
7  GRANTED.  The Complaint is hereby DISMISSED WITH PREJUDICE.

DATED: _____

**United States District Judge William H. Alsup**