GEORGE M. GARVEY (SBN 089543)
*george.garvey@mto.com*
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

YOHANCE C. EDWARDS (SBN 237244)
*yohance.edwards@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CREDIT SUISSE (CS), UNITED BANK OF SWITZERLAND (UBS) AND DOES 1-10,<br><br>             Defendants. | CASE NO.  C 07 5374 WHA<br><br>UBS AG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 |

4040521.2

1          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

2    the named parties, there is no such interest to report.

3    DATED: December 7, 2007                    Munger, Tolles & Olson LLP
                                                GEORGE M. GARVEY
4                                               YOHANCE C. EDWARDS

5

6                                               By:_____*/s/ Yohance C. Edwards*_____
                                                     YOHANCE C. EDWARDS
7
                                                Attorneys for Defendant
8                                               UBS AG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4040521.2