GEORGE M. GARVEY (SBN 089543)
george.garvey@mto.com
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

YOHANCE C. EDWARDS (SBN 237244)
yohance.edwards@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE (CS), UNITED BANK OF SWITZERLAND (UBS) AND DOES 1-10,<br><br>Defendants. | CASE NO. C 07 5374 WHA<br><br>ERRATA SHEET FOR DECLARATION OF GIUSEPPE IANNAZZONE IN SUPPORT OF MOTION OF UBS AG TO DISMISS (FED.R.CIV.P. 12(b)(3), 12(b)(6)<br><br>Date:  January 24, 2008<br>Time:  8:00 a.m.<br>PLACE:  COURTROOM OF HONORABLE WILLIAM H. ALSUP |

4174890.1

C 07 5374 WHA

1  A copy of the incorrect version of Oliver Hilsenrath's passport was attached to
2  Giuseppe Iannazzone's Declaration that was filed with this Court on December 7, 2007.
3  Attached is a copy of the version of Oliver Hilsenrath's passport that corresponds with the
4  Declaration of Giuseppe Iannazzone.

6  DATED: December 28, 2007

        Munger, Tolles & Olson LLP
           GEORGE M. GARVEY
           YOHANCE C. EDWARDS

By:  /s/ Yohance C. Edwards
      YOHANCE C. EDWARDS

Attorneys for Defendant
UBS AG

4174890.1

C 07 5374 WHA



