1  HANA HILSENRATH
   OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  ohlx@sbcglobal.net

5  PLAINTIFFS *IN PRO PER*

6

7

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9

10 HANA HILSENRATH, OLIVER          | **Case No: 3:07-cv-05374-WHA**
   HILSENRATH                       |
11                                  |
        Plaintiffs,                 | **OLIVER HILSENRATH'S**
12                                  | **DECLARATION RE OPPOSITION TO**
                                    | **DEFENDANT UBS'S MOTION TO**
            v.                      | **DISMISS**
13                                  |
   CREDIT SUISSE (CS), UNITED BANK OF | Date: January 24, 2008
14 SWITZERLAND (UBS) AND DOES 1-10  | Time: 8:00 a.m.
15                                  | Judge: Hon. William H. Alsup
        Defendants.                 |
16

17

18 I, Oliver Hilsenrath declare the following to be true under penalty of perjury:

19

20 Exhibit A includes true copies of correspondence with persons at UBS

   Exhibit B includes true copies of Orders Docs 302 and 309 of case CR 03-00213WHA
21
   Exhibit C includes true copies of the UN Human Rights Declaration
22
23        Dated:  January 3, 2008

24                    Signed,

25                            OLIVER HILSENRATH
                              Plaintiff *PRO SE*
26

27                            _____
28                                  /s/ Oliver Hilsenrath

# Exhibit A

# Copies of correspondence with persons at UBS

## Oliver Hilsenrath

**From:** "A/O Hilsenrath" <oliver_hilsenrath@sbcglobal.net>
**To:** <beat-za.mueller@ubs.com>
**Cc:** <giuseppe.iannazzone@ubs.com>
**Sent:** Tuesday, July 25, 2006 9:04 PM
**Attach:** Letter Mauro.PDF; Translation.PDF
**Subject:** Fw: Swiss Proceeding

Dear Beat and Giuseppe,

Attached please find a letter by the Swiss Central Authority (Mr. Raphael Mauro) to your bank reporting that the US government has instructed the Swiss Government to remove any and all freezes on our family's account in your bank. A similar instruction was mailed to our CS account from which a transfer was made 5 years ago to UBS.

There are several indicative facts in this correspondence: First the need to defreeze the account immediately, second and more significant, the theory under which out account was frozen, alleged fraud in the US where the funds have originated, is and was false.

I will call you soon to discuss this new situation.

I believe that at this point a coordination with your legal department is in order to facilitate the final removal of all ties on the account as well as to discuss some of the ramifications of this almost 2 years long action.

All the best, looking forward to talk to you soon and see you soon.

Oliver Hilsenrath

Tel: +1 925 212 6299 (Pacific Time)

## Oliver Hilsenrath

**From:** "Oliver Hilsenrath - SBC" <oliver_hilsenrath@sbcglobal.net>
**To:** <beat-za.mueller@ubs.com>
**Sent:** Wednesday, April 25, 2007 6:55 AM
**Subject:** Re: Oliver -- Contact information

Dear Beat,

Thanks for the note and best regards,

Oliver.

----- Original Message -----
**From:** beat-za.mueller@ubs.com
**To:** oliver_hilsenrath@sbcglobal.net
**Sent:** Wednesday, April 25, 2007 2:24 AM
**Subject:** RE: Oliver -- Contact information

Hello Oliver,

Just to let you know, we are working on it and we will inform you as soon as we have some news for you.

Best regards and take care
Beat

---

**From:** Oliver Hilsenrath - SBC [mailto:oliver_hilsenrath@sbcglobal.net]
**Sent:** Dienstag, 24. April 2007 09:51
**To:** Mueller, Beat-Za
**Subject:** Re: Oliver -- Contact information

Hi Beat,

Please encourage your legal department to get in touch with me.

It is not good that we, UBS and I are not operating to resolve this matter.

This is now a 3 years issue and a lot of people were, and are, getting hurt.

Please help get the communication going before we are all getting embarrassed.

Looking forward to hear from you and your colleagues.

All the best,

Oliver.

----- Original Message -----
**From:** Oliver Hilsenrath - SBC
**To:** beat-za.mueller@ubs.com
**Sent:** Sunday, April 15, 2007 11:46 PM

**Subject:** Oliver -- Contact information

Dear Beat,

Thanks for your time on the phone.

Here is my contact information:

**OLIVER HILSENRATH**
**822 Eastbrook Court**
**Danville, CA 94506**
**Telephone: 925 212 6299**
**Facsimile: 925 736 7571**
**email: oliver_hilsenrath@sbcglobal.net**

Best regards,

Oliver.

## Oliver Hilsenrath

| | |
|---|---|
| **From:** | "Oliver Hilsenrath - SBC" <oliver_hilsenrath@sbcglobal.net> |
| **To:** | "A/O Hilsenrath" <oliver_hilsenrath@sbcglobal.net>; <beat-za.mueller@ubs.com> |
| **Cc:** | <giuseppe.iannazzone@ubs.com> |
| **Sent:** | Sunday, April 15, 2007 8:07 PM |
| **Attach:** | Doc re Swiss freeze orders and friedman letter.pdf |
| **Subject:** | Re: Swiss Proceeding |

Dear Beat and Giuseppe,

I attach for your review a document that speaks for itself.

The Swiss authorities have frozen our account with you under the pretext of fraud in the USA.

The proceedings in the USA were concluded earlier this year and the Swiss authorities were repeatedly advised (as seen in the attachment) that the funds transferred to Switzerland by us are not subject to any unlawful act.

Nevertheless and inexplicably our accounts held with UBS were not un-frozen by the Swiss government till this very day.

I strongly request you to take immediate action to eliminate all restrictions on our accounts as obviously all claims against me and against us were proven to be bogus.

I want to remind you that we are faithful clients of your bank. We have considered you friends and partners in the growth of our family and assets. The US government has joined us in protesting to the Swiss government for the unjust freeze of assets (see attachment).

The pretext given to you for freezing the accounts were allegations of fraud in the USA. Obviously, the US government has concluded that no fraud occurred and have protested (see attachment) the freeze of assets in Switzerland. The baseless and continuing obstruction of our interests in Switzerland, by certain Swiss officials, are questionable, ill-motivated and strongly remind of the period 1939-1945.

We urge the Bank to take swift and vigorous imitative to curb this embarrassing situation.

Please bring the attachments as well as this letter to the attention of the Bank and I will shortly follow up with a phone call later this week in which I want to find out which steps you intend to take to remedy this situation.

Best regards,

Hana and Oliver Hilsenrath
Tel: 925 212 6299
Fax: 925 736 7571

----- Original Message -----
**From:** A/O Hilsenrath
**To:** beat-za.mueller@ubs.com
**Cc:** giuseppe.iannazzone@ubs.com
**Sent:** Tuesday, July 25, 2006 10:04 PM
**Subject:** Fw: Swiss Proceeding

Dear Beat and Giuseppe,

Attached please find a letter by the Swiss Central Authority (Mr. Raphael Mauro) to your bank reporting that the US government has instructed the Swiss Government to remove any and all freezes on our family's account in your bank. A similar instruction was mailed to our CS account from which a transfer was made 5 years ago to

UBS.

There are several indicative facts in this correspondence: First the need to defreeze the account immediately, second and more significant, the theory under which out account was frozen, alleged fraud in the US where the funds have originated, is and was false.

I will call you soon to discuss this new situation.

I believe that at this point a coordination with your legal department is in order to facilitate the final removal of all ties on the account as well as to discuss some of the ramifications of this almost 2 years long action.

All the best, looking forward to talk to you soon and see you soon.

Oliver Hilsenrath

Tel: +1 925 212 6299 (Pacific Time)



1 8 0 0 0 2 1 5 5 4

**U.S. Department of Justice**
*Criminal Division*
*Office of International Affairs*
*1301 New York Avenue, NW 9th Floor*
*Washington, D.C. 20005*
*Tel: 202 514-0041 Fax: 202 514-0080*
Washington, D.C.   20530

# FAX COVER SHEET

BA Jessel
E  30. NOV. 2006
M   357

<u>Team II</u>

Patricia Reedy - ASSOCIATE DIRECTOR
Judith Friedman - SENIOR TRIAL ATTORNEY
Lynn Holliday - TRIAL ATTORNEY
Linda McKinney - TRIAL ATTORNEY
Amy Olson - TRIAL ATTORNEY
Nicolette Romano - TRIAL ATTORNEY
Jonathan Breyan - PARALEGAL
Ellison Craig - PARALEGAL
Megan Kinsella - PARALEGAL
Alice Lookofsky - PARALEGAL
Diana Viggiano - PARALEGAL
Melodie Nicholson - SECRETARY

Date: *11/30/06*

To: *Raphael Mauro*

Fax No. _____

From: *Judith Friedman*

Subject: *Hilsenrath*

Message: _____

_____

_____

_____

_____

_____          Including this cover sheet, this fax consists of *5* Pages.



U.S. Department of Justice

*Criminal Division*

MEW:SCR:PJR:JHF:DV
182-18409

1800021555

Washington, D.C. 20530

November 30, 2006

<u>BY FACSIMILE</u>

Raphael Mauro, Esquire
Central Authority for U.S. Requests
Division of International Legal Assistance
Federal Office of Justice
Bundesrain 20
3003 Bern
Switzerland

Dear Mr. Mauro:

Re: Requests to and from Switzerland for Assistance in the
<u>Investigation of Oliver Hilsenrath</u>

Enclosed is a the letter from the U.S. Attorney's Office for
the Northern District of California, both reiterating that the
Court there has found no basis for freezing the assets in
Switzerland under U.S. law, and that its orders are the
equivalent of a final, binding order. The letter also responds
to the request of the Swiss magistrate for information from the
SEC related to this matter.

Because the 350,000 shares are not charged as part of the
SEC's case, a request to the SEC is not appropriate under U.S.
law. The SEC has not asked for any of Oliver Hilsenrath's assets
to be frozen, either here in the United States or abroad. As in
the criminal case, the district court's orders in California are
final and bind the parties, and there is no basis under U.S. laws
to freeze the money. Thus, we do not consider any further
requests from the Swiss Examining Magistrate to be appropriate,
either to the U.S. Attorney's Office or to the SEC.

We, in support of the U.S. Attorney's office, have written
numerous letters, provided complete documentation and
information, and (as the Swiss examining magistrate requested)
obtained the court orders verifying that the assets are not
subject to restraint and would be released to Mr. Hilsenrath if
they were in the United States. We therefore ask the Swiss
authorities to release the assets and to withdraw its holds on
Mr. Hilsenrath's assets elsewhere in Europe.

1800021556

  If you have any questions concerning this matter, please contact me at (202) 514-0951, or Diana Viggiano, the paralegal assigned, at (202) 514-1856.  Thank you for your cooperation.

                    Sincerely,

                    Mary Ellen Warlow
                    Director
                    Office of International Affairs
                    Criminal Division

                By:

                    Judith H. Friedman
                    Senior Trial Attorney

2

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          )
10                   Plaintiff,   )
11       v.                     )
12   OLIVER HILSENRATH,           )
13                 Defendant.   )

No. CR 03-0213 WHA

[PROPOSED] ORDER REGARDING
THE SWISS AND EUROPEAN
FREEZE OF OLIVER HILSENRATH'S
FUNDS

**Hearing Date:** August 21, 2006

This Court makes the following findings pursuant to Federal Rule of Civil Procedure 65:

1. In 2005, the federal government of the United States asked the government of Switzerland to freeze assets of Oliver Hilsenrath.

2. Almost all of the assets are attributable to the sale of 350,000 shares of U.S. Wireless stock that Oliver Hilsenrath acquired legitimately.

3. In response to an inquiry from the Swiss authorities, the U.S. government told the Swiss authorities that while the 350,000 shares of U.S. Wireless stock at issue were obtained legitimately, it believed that the shares may have been transferred in violation of U.S. securities laws (even though those securities law violations were not charged in the U.S. case.

4. After these American requests, Swiss investigating magistrates (or "prosecutors) wrote to other European jurisdictions. The Swiss investigating magistrates requested that Hilsenrath's assets

*Hilsenrath*, CR 03-0213 WHA
ORD. RE: FROZEN ASSETS

1    in those European jurisdictions also be frozen.

2   5.   The United States federal government has now concluded that these frozen assets were not

3        embezzled or stolen. The United States federal government has also concluded that these

4        frozen assets were not the proceeds of a securities fraud offense. Thus, the United States

5        withdrew its request to Switzerland to freeze assets.

6   6.   The continuing restraint of Hilsenrath's assets in Switzerland and Europe is preventing him

7        from hiring the counsel of his choice. This is causing a significant delay of two large federal

8        cases before this Court: the criminal prosecution, and a related S.E.C. civil case. This delay is

9        very inconvenient to the Court and to the parties.

10

11   The Court accordingly holds the following:

12

13   1.   There was no probable cause to support the pretrial restraint of assets attributable to the

14        350,000 shares when the MLAT requests for a freeze were sent to Switzerland in 2005;

15   2.   The continued freeze requires, for some limited term, a continuance of the criminal trial to

16        permit Hilsenrath to attempt to recover his assets and retain counsel;

17   3.   To the extent that the Swiss authorities' independent freeze of the assets is attributable to the

18        Swiss authorities' conclusion that there are violations of U.S. law that justify Swiss money

19        laundering charges, the Court respectfully requests the Swiss investigating magistrates to

20        release the funds frozen at the request of the U.S. government. The Court further requests that

21        the Swiss investigating magistrates withdraw their requests for freezes made to other European

22        jurisdictions.

23   IT IS SO ORDERED.

24

25   August 21, 2006
     Dated

26



     WILLIAM ALSUP
     United States District Court Judge

*Hilsenrath*, CR 03-0213 WHA
ORD. RE: FROZEN ASSETS                     2

**Exhibit B**

**Orders Docs 302 and 309 / CR 03-00213WHA**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 03-0213 WHA |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER REGARDING |
| v. | ) THE SWISS AND EUROPEAN |
| | ) FREEZE OF OLIVER HILSENRATH'S |
| OLIVER HILSENRATH, | ) FUNDS |
| Defendant. | ) |
| | ) **Hearing Date:** August 21, 2006 |

This Court makes the following findings pursuant to Federal Rule of Civil Procedure 65:

1.  In 2005, the federal government of the United States asked the government of Switzerland to freeze assets of Oliver Hilsenrath.

2.  Almost all of the assets are attributable to the sale of 350,000 shares of U.S. Wireless stock that Oliver Hilsenrath acquired legitimately.

3.  In response to an inquiry from the Swiss authorities, the U.S. government told the Swiss authorities that while the 350,000 shares of U.S. Wireless stock at issue were obtained legitimately, it believed that the shares may have been transferred in violation of U.S. securities laws (even though those securities law violations were not charged in the U.S. case.

4.  After these American requests, Swiss investigating magistrates (or "prosecutors") wrote to other European jurisdictions. The Swiss investigating magistrates requested that Hilsenrath's assets

*Hilsenrath*, CR 03-0213 WHA
ORD. RE: FROZEN ASSETS

1    in those European jurisdictions also be frozen.

2    5.    The United States federal government has now concluded that these frozen assets were not

3    embezzled or stolen.  The United States federal government has also concluded that these

4    frozen assets were not the proceeds of a securities fraud offense.  Thus, the United States

5    withdrew its request to Switzerland to freeze assets.

6    6.    The continuing restraint of Hilsenrath's assets in Switzerland and Europe is preventing him

7    from hiring the counsel of his choice.  This is causing a significant delay of two large federal

8    cases before this Court:  the criminal prosecution, and a related S.E.C. civil case. This delay is

9    very inconvenient to the Court and to the parties.

11    The Court accordingly holds the following:

13    1.    There was no probable cause to support the pretrial restraint of assets attributable to the

14    350,000 shares when the MLAT requests for a freeze were sent to Switzerland in 2005;

15    2.    The continued freeze requires, for some limited term, a continuance of the criminal trial to

16    permit Hilsenrath to attempt to recover his assets and retain counsel;

17    3.    To the extent that the Swiss authorities' independent freeze of the assets is attributable to the

18    Swiss authorities' conclusion that there are violations of U.S. law that justify Swiss money

19    laundering charges, the Court respectfully requests the Swiss investigating magistrates to

20    release the funds frozen at the request of the U.S. government.  The Court further requests that

21    the Swiss investigating magistrates withdraw their requests for freezes made to other European

22    jurisdictions.

23    IT IS SO ORDERED.

25    August 21, 2006

Dated



WILLIAM ALSUP
United States District Court Judge

Judge William Alsup

*Hilsenrath*, CR 03-0213 WHA
ORD. RE: FROZEN ASSETS    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )     No. CR 03-0213 WHA
                                     )
          Plaintiff,                 )     ORDER
                                     )
     v.                              )
                                     )
OLIVER HILSENRATH,                   )
                                     )
          Defendant.                 )
                                     )

On August 21, 2006, the Court issued an order holding the following:

1.  There was no probable cause to support the pretrial restraint of assets attributable
    to the 350,000 shares when the MLAT requests for a freeze were sent to
    Switzerland in 2005;

              *              *              *

3.  To the extent that the Swiss authorities' independent freeze of the assets is
    attributable to the Swiss authorities' conclusion that there are violations of U.S.
    law that justify Swiss money laundering charges, the Court respectfully requests
    the Swiss investigating magistrates to release the funds frozen at the request of the
    U.S. government.  The Court further requests that the Swiss investigating
    magistrates withdraw their requests for freezes made to other European countries.

ORDER (CR 03 213 WHA)

The United States has advised the Court that the Swiss authorities have suggested that because the Court's order is not a judicial decision such as a plea or a sentencing, it is not a final or sufficient order to release the frozen assets.

The Court issues this order to clarify the following:

1. The U.S. government has investigated the matter of Mr. Hilsenrath's acquisition and sale of 350,000 shares of U.S. Wireless Corporation and has concluded that there are no violations of U.S. law other than tax evasion charges.

2. Accordingly, the U.S. government has decided not to bring charges about the 350,000 shares, except for the tax evasion charges.

3. The U.S. government informed the Swiss authorities that allegations in the MLAT requests – that the 350,000 shares were acquired unlawfully – were inaccurate.

4. The Court clarifies that there is no other mechanism (other than the issuance of this order) to pronounce on the propriety of the asset freeze.  If the assets had been frozen in the United States, and the Court issued a similar order holding that there was no probable cause to freeze the assets, then the assets would have to be released and returned to Mr. Hilsenrath.

5. The Court asks the Swiss examining magistrates to deem its August 21, 2006, order a final order, not subject to any other judgment or plea.

6. Consequently, the Court reiterates its request to the Swiss authorities to release Mr. Hilsenrath's frozen funds and to withdraw their requests for freezes made to other European countries, to the extent that the Swiss authorities' freeze of assets is attributable to their mistaken conclusion that there are violations of U.S. law that justify Swiss money laundering charges.

IT IS SO ORDERED.

DATED: _____   November 13, 2006

_____
WILLIAM H. ALSUP
United States District Judge

# Exhibit C

# UN Human Rights Declaration

# Universal Declaration of Human Rights - English (English)

## Universal Declaration of Human Rights

### Preamble

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in cooperation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, therefore,

The General Assembly,

Proclaims this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

## Article 1

All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

## Article 2

Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or

territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

## Article 3

Everyone has the right to life, liberty and security of person.

## Article 4

No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

## Article 5

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

## Article 6

Everyone has the right to recognition everywhere as a person before the law.

## Article 7

All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

## Article 8

Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

## Article 9

No one shall be subjected to arbitrary arrest, detention or exile.

## Article 10

Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

## Article 11

1. Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.
2. No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

## Article 12

No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

## Article 13

1. Everyone has the right to freedom of movement and residence within the borders of each State.
2. Everyone has the right to leave any country, including his own, and to return to his country.

## Article 14

1. Everyone has the right to seek and to enjoy in other countries asylum from persecution.
2. This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

## Article 15

1. Everyone has the right to a nationality.
2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

## Article 16

1. Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.
2. Marriage shall be entered into only with the free and full consent of the intending spouses.
3. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

## Article 17

1. Everyone has the right to own property alone as well as in association with others.
2. No one shall be arbitrarily deprived of his property.

## Article 18

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

## Article 19

Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

## Article 20

1. Everyone has the right to freedom of peaceful assembly and association.
2. No one may be compelled to belong to an association.

## Article 21

1. Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.
2. Everyone has the right to equal access to public service in his country.
3. The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

## Article 22

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

## Article 23

1. Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.
2. Everyone, without any discrimination, has the right to equal pay for equal work.
3. Everyone who works has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.
4. Everyone has the right to form and to join trade unions for the protection of his interests.

## Article 24

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

## Article 25

1. Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.
2. Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

## Article 26

1. Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.
2. Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.
3. Parents have a prior right to choose the kind of education that shall be given to their children.

## Article 27

1. Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.
2. Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

## Article 28

Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

## Article 29

Case 3:07-cv-05374-WHA     Document 24-2     Filed 01/02/2008     Page 23 of 23

1. Everyone has duties to the community in which alone the free and full development of his personality is possible.
2. In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.
3. These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

## Article 30

Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

---

© The Office of the High Commissioner for Human Rights

OHCHR-UNOG
8-14 Avenue de la Paix
1211 Geneva 10, Switzerland

+41 22 917-9000
udhr@ohchr.org