1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH, and OLIVER
HILSENRATH,

          Plaintiffs,

   v.

CREDIT SUISSE(CS), UNITED BANK OF
SWITZERLAND (UBS), and DOES 1–10,

          Defendants.

No. C 07-05374 WHA

**JUDGMENT**

     For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs.  The Clerk **SHALL CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated:  January 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE