**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    HANA HILSENRATH, and OLIVER                  No. C 07-05374 WHA
      HILSENRATH,
11
                                                   **ORDER TO SHOW CAUSE**
              Plaintiffs,
12

13        v.

14    CREDIT SUISSE(CS), UNITED BANK OF
      SWITZERLAND (UBS), and DOES 1–10,
15
              Defendants.
16    _____/

17           Mr. Hilsenrath pled guilty to tax evasion and securities fraud in February 2007.

18    *See United States v. Hilsenrath*, CR 03-00213 WHA.  Because his assets held in the Swiss

19    banks were suspected of having been illegally acquired, the Swiss government ordered a freeze

20    on them.  Mr. Hilsenrath has filed  numerous motions and initiated various other actions in this

21    Court regarding the assets seized by the Swiss government (not exhaustive):

22                        (i) In the instant action, Mr. Hilsenrath filed suit against
                          Credit Suisse and the United Bank of Switzerland.  He
23                        claimed that defendants should be ordered to have a
                          product-warning label that alerted current and prospective
24                        clients that the banks would not comply with the United
                          States Constitution.  Defendant UBS's motion to dismiss
25                        was granted on the grounds that plaintiff failed to state a
                          claim upon which relief could be granted.
26
                          (ii) In *Hilsenrath v. The Swiss Confederation et al.*, C 07-
27                        02782 WHA, Mr. Hilsenrath sued the Swiss Confederation
                          and Swiss government officials for freezing his assets
28                        during a criminal investigation.  An order held that the
                          Swiss defendants were entitled to sovereign immunity under
                          the Foreign Sovereign Immunities Act.  Because the Court

**United States District Court**

For the Northern District of California

1    lacked subject-matter jurisdiction over plaintiffs' claims,
2    defendants' motion to dismiss was granted.

3    (iii) In the same action, *Hilsenrath v. The Swiss
     Confederation et al.*, C 07-02782 WHA, Mr. Hilsenrath
     filed a motion to alter judgment and dismiss his financial
4    commitments in *United States v. Hilsenrath*, CR 03-00213
     WHA.  He claimed that the earlier order granting
5    defendants' motion to dismiss on grounds of lack of subject-
     matter jurisdiction legitimized the Swiss seizure of his
6    assets.  Because he had agreed, under the terms of his plea
     agreement, to pay restitution out of legitimate funds and had
7    not agreed to the "criminal forfeiture of legitimate assets,"
     Mr. Hilsenrath argued that his financial obligations under
8    the plea agreement should be dismissed.  An order denied
     Mr. Hilsenrath's motion.

9

10   (iv) In *Hilsenrath v. United States*, C 07-05100 WHA, Mr.
     Hilsenrath moved to enjoin the United States from returning
     to Switzerland proof of service of process of a Swiss order.
11   The Office of International Affairs had already mailed the
     Swiss order to Mr. Hilsenrath and he had signed the return
12   receipt.  An order dismissed the action due to the failure to
     state a claim upon which relief can be granted.

13        Not having prevailed, Mr. Hilsenrath continues to file additional material seeking

14   relief on the same or similar grounds from different judges.  This barrage of frivolous requests

15   is draining the limited resources of this Court.  Accordingly, Mr. Hilsenrath is **ORDERED TO**

16   **SHOW CAUSE** within fourteen days of the filing of this order as to why he should not be

17   declared a vexatious litigant and obtain a pre-filing review from the undersigned with respect

18   to any future actions or appeals involving the underlying proceeding.  The Clerk shall close this

19   file and file a copy of this order in a newly-numbered miscellaneous proceeding file.

20   Mr. Hilsenrath's response to the order to show cause shall bear the number of the miscellaneous

21   matter and shall be filed therein.

22

23        **IT IS SO ORDERED.**

24

25

26   Dated:  January 11, 2008.                              _____
                                                             WILLIAM ALSUP
27                                                           UNITED STATES DISTRICT JUDGE

28