**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

FEB 1 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

January 16, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05374 WHA**

**CASE TITLE: HANA HILSENRATH-v-CREDIT SUISSE(CS)**

USCA Case Number: 08-15230

Dear Sir/Madam:

Enclosed is the Notice of Appeal, Orders, Docket Sheet and Transmittal Form in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by: Susan Imbriani
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 0 5 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HANA HILSENRATH; OLIVER HILSENRATH,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>CREDIT SUISSE (CS); UNITED BANK OF SWITZERLAND (UBS),<br><br>    Defendants - Appellees. | No. 08-15230<br>D.C. No. CV-07-05374-WHA<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **1/28/08** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **2/5/08** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **2/15/08** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **3/17/08** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **5/5/08** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **6/2/08** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

   \*\*\*      The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court


By: Beverly Brown
Deputy Clerk